# UNITED STATES DISTRICT COURT E-filing
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JON MORRISON<br>aka JON B. MORRISON,<br><br>    Defendant(s). | SUMMONS IN A CIVIL ACTION<br><br>Case Number:<br><br>CV 08 3089 SLM |

TO: (Name and Address of Defendant)

    JON MORRISON aka JON B. MORRISON
    16 ALVES LANE
    PITTSBURG, CA 94565-3201

YOU ARE HEREBY SUMMONED and required to file with the CLERK OF COURT, United States District Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

You must also serve your answer upon

PLAINTIFF'S ATTORNEY, MICHAEL COSENTINO, State Bar No. 83253, Attorney at Law, P.O. Box 129, Alameda, CA 94501

(510) 523-4702

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JUL 03 2008

RICHARD W. WIEKING
CLERK
DATE

GINA AGUSTINE-RIVAS
BY DEPUTY CLERK

