MICHAEL COSENTINO, State Bar No. 83253
Attorney at Law
P.O. Box 129
Alameda, CA 94501
Tel: 510-523-4702

Attorney for the Plaintiff
United States of America

FILED
AUG 1 2 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Jon Morrison aka Jon B. Morrison<br><br>    Defendant(s). | Case No. CV 08-3089 SLM<br><br>DISMISSAL WITHOUT PREJUDICE<br>Rule 41(a) FRCP |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, you are hereby authorized and directed to enter herein a Dismissal Without Prejudice.

Dated: August 07, 2008

MICHAEL COSENTINO
Attorney for the Plaintiff
United States of America